United States Bankruptcy Court
Eastern District of New York

In re:                                                                                    Case No. 26-40799-jmm

Devon Michael Audie                                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: 268 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Devon Michael Audie, 1010 Eastern Pkwy, Apt 4B, Brooklyn, NY 11213-4643 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | May 12 2026 18:17:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com  ny73@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

District/off: 0207-1                    User: admin                       Page 2 of 2
Date Rcvd: May 12, 2026                 Form ID: 268                      Total Noticed: 2
TOTAL: 2

Information to identify the case:

Debtor 1: Devon Michael Audie
First Name    Middle Name    Last Name

Social Security number or ITIN:    xxx–xx–1538
EIN:  _ _–_ _ _ _ _ _ _

Debtor 2:
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN:  _ _ _ _
EIN:  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court:    Eastern District of New York

Date case filed for chapter:    7    2/19/26

Case number:    1–26–40799–jmm

## NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate is filed by May 26, 2026, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: May 11, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 11/15/24]